**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 20, 2013

Lyle W. Cayce
Clerk

No. 12-41155
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EDWIN ESTRADA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CR-835-1

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Edwin Estrada raises an argument that he concedes is foreclosed by *United States v. Rodriguez-Escareno*, 700 F.3d 751, 753-54 (5th Cir. 2012), *cert. denied*, 2013 WL 1313840 (Apr. 29, 2013) (No. 12-9483). In *Rodriguez-Escareno*, this court held that a conviction for a federal drug trafficking offense and a conviction for the federal crime of conspiring to commit such an offense will support a sentence enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i). *Rodriguez-Escareno*, 700 F.3d at 753-54.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Estrada's sentencing challenge is foreclosed by *Rodriguez-Escareno*. The motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.